**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MIDDLE CHILD, LLC

    Plaintiff(s),

vs.

MIDDLE CHILD GROUP, LLC

    Defendant(s).

Case #2:24-cv-00854-JCM-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Stephen H. Bean_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Legends Law Group, PLLC_____
(firm name)

with offices at _____330 N Main_____,
(street address)

_____Kaysville_____, _____Utah_____, _____84037_____,
(city)  (state)  (zip code)

_____801.337.4500_____, _____steve@legendslaw.com_____.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Middle Child Group, LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since <u>January 1, 2002</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>Utah</u>
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Utah | 1/1/2002 | n/a |
| Court of Appeals for the Federal Circuit | 11/23/2022 | n/a |
| United States Supreme Court | 1/1/2001 | n/a |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

> None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  Utah  )
COUNTY OF Salt Lake )

Stephen H. Bean , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

29th day of July , 2024

_____
Notary Public or Clerk of Court

LORI L ANDERSON
Notary Public State of Utah
My Commission Expires on:
February 08, 2028
Comm. Number: 735524

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Erin M. Gettel___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Hughes Center, 3883 Howard Hughes Parkway, Suite 110089169-5958 ,
(street address)

Las Vegas , Nevada , 89169-5958 ,
(city)       (state)       (zip code)

702.784.5329 , egettel@swlaw.com .
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Erin M. Gettel_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Middle Child Group, PLLC, its President__
(type or print party name, title)

_____
(party's signature)

__NECHAY MENDOZA__
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__13877__                __egettel@swlaw.com__
Bar number               Email address

APPROVED:

Dated: August 5, 2024

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 8/2/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Stephen H Bean

This is to certify that Stephen H Bean, Utah State Bar No. 9240 was admitted to practice law in Utah on 2/25/2002.

Stephen H Bean is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2024 -1102608
verify by email at cogsrequest@utahbar.org

AO 136

# CERTIFICATE OF GOOD STANDING

# UNITED STATES DISTRICT COURT

District of Utah

I, Gary P. Serdar, Clerk of the United States District Court, District of Utah, certify that

# Stephen H. Bean

Bar #  9240, was duly admitted to practice in this Court on 03/13/2002, and is in good standing as a member of the bar of this Court.



Gary P. Serdar

*Clerk*

Dated at Salt Lake City, Utah
on August 1, 2024

_____
*(By) Deputy Clerk*